UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  Barnes, Patricia | ) | Case No.  08 B 27439 |
| | ) | Judge Pamela S. Hollis |
| | | Date   05/04/12 |
| | | |
| | | Debtor Attorney: |
| | | Robert J Semrad & Associates |
| | | 20 S Clark St 28th Flr |
| | | Chicago, IL  60603 |
| Patricia Barnes | | |
| 15708 Dobson | | |
| Dolton, IL  60419 | | Mail |

Mail

# Notice of Payment of Final Mortgage Cure Amount

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Marilyn O. Marshall, files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** Ocwen Loan Servicing LLC

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 5 | 71094965 COC | $ 9,982.86 | $ 9,982.86 | $ 9,982.86 |
| Total Amount Paid by Trustee | | | | $ 9,982.86 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

_____  Through the Chapter 13 Conduit       __X__  Direct by the Debtor(s)

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 4th day of May, 2012.

| | |
|---|---|
| 05/04/12 | /s/ Rosalind Lanier |
| Date | Marilyn O. Marshall |
| | Chapter 13 Trustee |
| | Office of the Chapter 13 Trustee |
| | Suite 800 |
| | 224 South Michigan Avenue |
| | Chicago, IL  60604-2500 |

| | |
|---|---|
| **Debtor** | **US Trustee** |
| Patricia Barnes | Patrick S. Layng |
| 15708 Dobson | Office of the United States Trustee |
| Dolton, IL  60419 | Dirksen Federal Court House |
| | 219 S Dearborn St Rm 873 |
| | Chicago, IL 60604 |
| | |
| | **Claim Holder** |
| | Ocwen Loan Servicing LLC |
| | Attn Cashiering Dept |
| | P O Box 24781 |
| | West Palm Beach, FL  33416-4781 |
| | |
| **Debtor Attorney** | **Attorney for Claim Holder** |
| Robert J Semrad & Associates | C/O Ocwen Loan Servicing LLC |
| 20 S Clark St 28th Flr | Attn Cashiering Dept |
| Chicago, IL  60603 | P O Box 24781 |
| | West Palm Beach, FL  33416-4781 |